Before the Second Division, January 24, 1939

**No. 40510.**—Protests 929708–G, etc., of International Business Machines Corp. et al. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40511.**—Protest 960163–G of Durbrow & Hearne (New York).

Opinion by Dallinger, J. It appeared that the machine in question is used for cutting paper or fabrics and that the function of the electric motor accompanying the machine is to furnish motive power. On the authority of *United States* v. *Dryden Rubber Co.* (22 C. C. P. A. 51, T. D. 47050) it was held that the machine in question was properly classified at 35 percent under paragraph 353.

**No. 40512.**—Protest 958230–G of Bert Friedberg & Co. (Los Angeles).

Opinion by Dallinger, J. In accordance with stipulation of counsel and on the authority of *Borgfeldt* v. *United States* (T. D. 48585) the forks in question were held dutiable as manufactures of wood at 33⅓ percent under paragraph 412.

**No. 40513.**—Protests 956556–G, etc., of J. A. Henckels, Inc. (New York).

Opinion by Dallinger, J. From an examination of the samples it was found that the forks have no handles and that the knives have handles of wood with a blade less than four inches in length. The claim at 2 cents each and 45 percent ad valorem under paragraph 355 was therefore sustained.

**No. 40514.**—Protest 955392–G of Standard Importing Co., Inc. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of flasks, articles of hollow ware. The claim at 40 percent under paragraph 339 was therefore sustained. *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) cited.

**No. 40515.**—Protest 954051–G of New York Merchandise Co., Inc. (New York).

Opinion by Dallinger, J. It was stipulated that the merchandise consists of bookends plated with silver. The claim at 50 percent under paragraph 339 was therefore sustained. *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) and *United States* v. *Friedlaender* (id. 103, T. D. 46445) cited.